one advantage
One Advantage, LLC
PO BOX 025437
MIAMI, FL 33102-5437
888-891-1269

STATEMENT DATE: 06/28/16
CREDITOR: ITT Technical Institute
ACCOUNT NAME: Kyle Castain
CREDITOR ACCOUNT #: [redacted]6521
ACCOUNT #: [redacted]3180
ACCOUNT BALANCE: $3,076.80
LOAN DATE: 06/06/16
*See Reverse Side for Account Detail*

KYLE CASTAIN
1224 FAIRBANKS AVE
BAY SHORE, NY 11706-2019

This account has been placed with our office for collection in order to resolve your debt that is in default with the creditor listed above. Please enclose your payment in the envelope provided and make your check or money order payable to One Advantage, LLC.

Should you wish to speak to a representative concerning your account you may contact this office toll free at 888-891-1269. Please refer to the account number indicated above.

One Advantage, LLC reports this client's accounts with balances of $50.00 or greater to one or more credit bureaus. However, if the balance is paid within 45 days from date of this letter, this account will not be reported.

PLEASE CALL OUR OFFICE AT 888-891-1269
Office Hours (Eastern Time Zone)
MONDAY - THURSDAY 8:00 A.M. - 7:00 P.M.
FRIDAY 8:00 A.M. - 5:00 P.M.
Send correspondence to: One Advantage, LLC 7789 NW 48th Street Suite #330, Doral, FL 33166

**For online payment options please go to http://pay.oneadvantagellc.com/**

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Page 1 of 2

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

MED-16180/MC0418- 213567202451 One Advantage, LLC • 7789 NW 48th Street Suite 330 • Doral, FL 33166 MC0418 12123/0006038/0026

PO BOX 025437
MIAMI, FL 33102-5437

45473180 IF PAYING BY CREDIT CARD, FILL OUT BELOW.

VISA MasterCard

XXXXXXXXXXX

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 06/28/16 | $3,076.80 | [redacted]180 |

SHOW AMOUNT PAID HERE $

ADDRESSEE:

KYLE CASTAIN
1224 FAIRBANKS AVE
BAY SHORE, NY 11706-2019

REMIT TO:

One Advantage, LLC
PO Box 23950
Belleville, IL 62223

6104

6104

1 of 2

**IMPORTANT INFORMATION:**

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

(i) the use or threat of violence;

(ii) the use of obscene or profane language; and

(iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

We are required under certain State Laws to notify consumers of those States of the following rights. This list does not contain a complete list of the rights consumers have under Federal and State Laws.

**ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs license number(s) 1358662, 1358664, 1358625, 1358627, 1358623

For a live representative please call Mario Rodriguez at 786-539-2032, otherwise our toll-free number is 1-877-384-4147

KYLE CASTAIN MED-[illegible]

| Creditor Name / Account Name | Creditor Number / Account Number | Loan Date | Creditor Balance | Interest | Collection Charge | Late Fee | NSF / Processing Fee | Tota |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ITT Technical Institute / Kyle Castain | [illegible] / [illegible] | 06/09/16 | $3078.80 | N/A | N/A | N/A | N/A | $3 |

Total Due: $3,

0006008/12124